**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000321
17-JUL-2024
08:22 AM
Dkt. 33 OGMD**

NO. CAAP-24-0000321

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DAVID FIEDLER, Plaintiff-Appellant, v.
TONY HYUNDAI WAIPIO; CENTRAL PACIFIC BANK; GEICO,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-23-0000581)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Wadsworth and Guidry, JJ.)

Upon consideration of Defendant-Appellee Tony Hyundai Waipio's (**Tony Hyundai**) June 27, 2024 Motion to Dismiss Appeal, the papers in support, and the record, it appears that: (1) Tony Hyundai seeks dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42 based on a lack of appellate jurisdiction; (2) in self-represented Plaintiff-Appellant David Fielder's July 1, 2024 response, he asks the court to grant the motion; and (3) as it appears that this court does not have jurisdiction over this appeal, we will grant dismissal under HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed. Each party shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, July 17, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge